UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

ERIC LOPEZ,

                        Plaintiff,

        vs                                          9:04-CV-967

W.E. SMITH; GLENN GOORD; CHESSIE
DOE, T.A.; ERIC LaFAYETTE; RANDY
GOLDSTEIN; WALLACE KEESLER; and
STEPHEN COPPOLA,

                        Defendants.

-------------------------------------

APPEARANCES:                                OF COUNSEL:

ERIC LOPEZ
Plaintiff, Pro Se
02-A-0692
Fishkill Correctional Facility
Box 1245
Beacon, NY 12508

HON. ANDREW M. CUOMO             RISA L. VIGLUCCI, ESQ.
Attorney General of the                Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Eric Lopez, brought this civil rights action pursuant to 42 U.S.C. § 1983.

By Report-Recommendation dated February 5, 2007, the Honorable Randolph F. Treece,

United States Magistrate Judge, recommended that this action be dismissed due to plaintiff's

failure to update his address. Indeed, it is noted that the Report-Recommendation was

returned to the court on February 20, 2007, as undeliverable.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Amended Report-Recommendation is accepted and adopted in its entirety.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that this action is DISMISSED.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March    14 , 2007
       Utica, New York.